**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

RAYKO DIAZ MARTIN

VERSUS

U.S. IMMIGRATION & CUSTOMS
ENFORCEMENT

CIVIL ACTION NO. 26-1089

JUDGE ALEXANDER C. VAN HOOK

MAGISTRATE JUDGE PEREZ-MONTES

## <u>ORDER</u>

Rayko Diaz Martin has filed a petition for writ of habeas corpus and a motion for temporary restraining order. Record Documents 1, 2. The Magistrate Judge has already addressed Martin's deficient habeas petition. *See* Record Document 4. Now, out of caution, the Court addresses the motion for temporary restraining order, and for the following reason, it is **DENIED**.

In his motion, Martin argued that his continued detention is unconstitutional under *Zadvydas v. Davis*, 533 U.S. 678 (2001) where the United States Supreme Court held that post-removal detention must be limited "to a period reasonably necessary to bring about that alien's removal from the United States." 533 U.S. at 689. To obtain *Zadvydas* relief, the petitioner "has the initial burden to show that post-removal-order detention has surpassed six months, and to 'provide good cause to believe that there is no significant likelihood of removal in the reasonably foreseeable future." *Uriostegui Rios v. Trump*, No. 25-1320, 2026 WL 810556, at *2 (W.D. La. Mar. 24, 2026).

1

Here, Martin has not met his initial burden for relief under *Zadvydas*. In his petition, Martin acknowledged that his final order of removal was not entered until January 7, 2026. Record Document 1, at 4. Because his final order of removal occurred less than six months ago, Martin's continued detention remains "presumptively reasonable," and his *Zadvydas* challenge is premature. *Agyei-Kodie v. Holder*, 418 F. App'x 317, 317 (5th Cir. 2011) (holding the challenge to "continued post removal order detention is premature" where the detainee "has not been in post-removal-order detention longer than the presumptively reasonable six month period[.]").

**DONE AND SIGNED** in Shreveport, Louisiana, this 8th day of April, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**

2